# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-10319-JCM |
| | : | |
| Sandra L. Cramer, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

April 7, 2024 – June 7, 2024

**Next Payment Advice Expected (post-filing):**

June 14, 2024

C.C.                           CRAMER, SANDRA

# Earnings Statement

CO  000000-000000
34Z

For inquiries, please call 610-370-3711
Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Employee ID

Period Beg/End: 04/07/2024 - 04/13/2024
Advice Date: 04/19/2024
Advice Number: 0000002497
Batch Number:

Page 001 of 001

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 16.00 | 21.00 |
| Credit Incen | | | 4.00 | 19.00 |
| PM Comm | | | 55.92 | 643.32 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | 17.3077 | 8.00 | 138.46 | 276.92 |
| Regular Sala | 17.3100 | 32.00 | 553.85 | 10107.73 |
| Gross Pay | | | 768.23 | 11760.28 |

| Taxes | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT | | | 66.39 | 1000.39 |
| Medicare Employee | | | 10.57 | 161.39 |
| Social Security Employee | | | 45.19 | 690.08 |
| PASIT | | | 22.38 | 341.69 |
| PASUI Employee | | | 0.54 | 8.23 |
| Head Tax(PAErieMillcreek Townsh | | | 1.00 | 16.00 |
| City(PAErieSummit Township) | | | 3.64 | 55.64 |
| School Withheld- PA Fort Leboeu | | | 3.64 | 55.64 |
| Total Taxes | | | 153.35 | 2329.06 |

| Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| *Deferred Comp Pct | | | 23.05 | 352.82 |
| *Dental EE | | | 1.15 | 18.40 |
| *Medical EE | | | 37.25 | 596.00 |
| *Vision EE | | | 0.97 | 15.52 |
| Kloan1 | | | 50.03 | 800.48 |
| Total Deductions | | | 112.45 | 1783.22 |
| Net Pay | | | 502.43 | 7648.00 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Company-Paid Deds** | | |
| ADD ER | 0.18 | 3.12 |
| Deferred Comp Emp | 5.76 | 88.22 |
| Dental ER | 3.31 | 52.96 |
| Life Ins ER | 2.12 | 33.92 |
| Medical ER | 138.29 | 2212.64 |

**Direct Deposits**
| | | |
|---|---|---|
| Savings | XXXXXXX5982 | 502.43 |

Your Federal taxable wages for this period are: $705.81

© 2002 AutomaticData Processing (PCSUVO)

---

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000002497
Advice Date: 04/19/2024

THIS IS NOT A CHECK

Deposited to the account of
Sandra L Cramer

| Account Number | Transit ABA | Amount |
|---|---|---|
| | | $502.43 |

**Earnings Statement**

For inquiries, please call 610-370-3711
Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Employee ID
Period Beg/End: 04/14/2024 - 04/20/2024
Advice Date: 04/26/2024
Advice Number: 0000004940
Batch Number:

Page 001 of 001

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 0.00 | 21.00 |
| Credit Incen | | | 0.00 | 19.00 |
| PM Comm | | | 54.91 | 698.23 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | | | 0.00 | 276.92 |
| Regular Sala | 17.3100 | 40.00 | 692.31 | 10800.04 |
| Gross Pay | | | 747.22 | 12507.50 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| FIT | 63.94 | 1064.33 |
| Medicare Employee | 10.26 | 171.65 |
| Social Security Employee | 43.89 | 733.97 |
| PASIT | 21.73 | 363.42 |
| PASUI Employee | 0.53 | 8.76 |
| Head Tax(PAErieMillcreek Townsh | 1.00 | 17.00 |
| City(PAErieSummit Township) | 3.54 | 59.18 |
| School Withheld- PA Fort Leboeu | 3.54 | 59.18 |
| Total Taxes | 148.43 | 2477.49 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *Deferred Comp Pct | 22.42 | 375.24 |
| *Dental EE | 1.15 | 19.55 |
| *Medical EE | 37.25 | 633.25 |
| *Vision EE | 0.97 | 16.49 |
| Kloan1 | 50.03 | 850.51 |
| Total Deductions | 111.82 | 1895.04 |
| Net Pay | 486.97 | 8134.97 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Company-Paid Deds** | | |
| ADD ER | 0.18 | 3.30 |
| Deferred Comp Emp | 5.61 | 93.83 |
| Dental ER | 3.31 | 56.27 |
| Life Ins ER | 2.12 | 36.04 |
| Medical ER | 138.29 | 2350.93 |

**Direct Deposits**
Savings        XXXXXXX5982        486.97

Your Federal taxable wages for this period are: $685.43

© 2002 Automatic Data Processing (PC5UVO)

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000004940
Advice Date: 04/26/2024



Deposited to the account of
Sandra L Cramer

Account Number    Transit ABA    Amount
$486.97

# Earnings Statement

CO
347

For inquiries, please call 610-370-3711
Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Employee ID

Page 001 of 001
Period Beg/End: 04/21/2024 - 04/27/2024
Advice Date: 05/03/2024
Advice Number: 0000004549
Batch Number:

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 0.00 | 21.00 |
| Credit Incen | | | 3.00 | 22.00 |
| PM Comm | | | 31.63 | 729.86 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | | | 0.00 | 276.92 |
| Regular Sala | 17.3100 | 40.00 | 692.31 | 11492.35 |
| **Gross Pay** | | | **726.94** | **13234.44** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 61.58 | 1125.91 |
| Medicare Employee | | 9.97 | 181.62 |
| Social Security Employee | | 42.63 | 776.60 |
| PASIT | | 21.11 | 384.53 |
| PASUI Employee | | 0.50 | 9.26 |
| City(PAErieSummit Township) | | 3.44 | 62.62 |
| Head Tax(PAErieMillcreek Townsh | | 1.00 | 18.00 |
| School Withheld- PA Fort Leboeu | | 3.44 | 62.62 |
| **Total Taxes** | | **143.67** | **2621.16** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *Deferred Comp Pct | 21.81 | 397.05 |
| *Dental EE | 1.15 | 20.70 |
| *Medical EE | 37.25 | 670.50 |
| *Vision EE | 0.97 | 17.46 |
| Kloan1 | 50.03 | 900.54 |
| **Total Deductions** | **111.21** | **2006.25** |

| **Net Pay** | **472.06** | **8607.03** |
|---|---|---|

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Company-Paid Deds** | | |
| ADD ER | 0.18 | 3.48 |
| Deferred Comp Emp | 5.45 | 99.28 |
| Dental ER | 3.31 | 59.58 |
| Life Ins ER | 2.12 | 38.16 |
| Medical ER | 138.29 | 2489.22 |

| Direct Deposits | | |
|---|---|---|
| Savings | XXXXXXX5982 | 472.06 |

Your Federal taxable wages for this period are: $665.76

© 2003 AutomaticData Processing (PCSUVO)

---

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000004549
Advice Date: 05/03/2024

**THIS IS NOT A CHECK**

Deposited to the account of          Account Number   Transit ABA        Amount
Sandra L Cramer                                                          $472.06

**Boscov's Department Store, LLC**
4500 Perkiomen Ave
Reading, PA 19606

For inquiries, please call 610-370-3711

## Earnings Statement

Employee ID
Period Beg/End: 04/28/2024 - 05/04/2024
Advice Date: 05/10/2024
Advice Number: 0000006159
Batch Number:

Page 001 of 001

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 0.00 | 21.00 |
| Credit Incen | | | 2.00 | 24.00 |
| PM Comm | | | 58.79 | 788.65 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | | | 0.00 | 276.92 |
| Regular Sala | 17.3100 | 40.00 | 692.31 | 12184.66 |
| **Gross Pay** | | | **753.10** | **13987.54** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 64.63 | 1190.54 |
| Medicare Employee | | 10.35 | 191.97 |
| Social Security Employee | | 44.25 | 820.85 |
| PASIT | | 21.91 | 406.44 |
| PASUI Employee | | 0.53 | 9.79 |
| Head Tax(PAErieMillcreek Townsh | | 1.00 | 19.00 |
| City(PAErieSummit Township) | | 3.57 | 66.19 |
| School Withheld- PA Fort Leboeu | | 3.57 | 66.19 |
| **Total Taxes** | | **149.81** | **2770.97** |

| Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| *Deferred Comp Pct | | 22.59 | 419.64 |
| *Dental EE | | 1.15 | 21.85 |
| *Medical EE | | 37.25 | 707.75 |
| *Vision EE | | 0.97 | 18.43 |
| Kloan1 | | 50.03 | 950.57 |
| **Total Deductions** | | **111.99** | **2118.24** |

| **Net Pay** | | **491.30** | **9098.33** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Company-Paid Deds** | | |
| ADD ER | 0.18 | 3.66 |
| Deferred Comp Emp | 5.65 | 104.93 |
| Dental ER | 3.31 | 62.89 |
| Life Ins ER | 2.12 | 40.28 |
| Medical ER | 138.29 | 2627.51 |

**Direct Deposits**
| Savings | XXXXXXX5982 | 491.30 |

Your Federal taxable wages for this period are: $691.14

© 2002 AutomaticData Processing (PCSUVO)

---

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000006159
Advice Date: 05/10/2024

THIS IS NOT A CHECK

Deposited to the account of
Sandra L Cramer

| Account Number | Transit ABA | Amount |
|---|---|---|
| | | $491.30 |

Case 24-10319-JCM    Doc 15    Filed 07/02/24    Entered 07/02/24 10:34:53    Desc Main
                                Document      Page 6 of 9

CO. 34Y

For inquiries, please call 610-370-3711
Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

# Earnings Statement

Employee ID
Period Beg/End: 05/05/2024 - 05/11/2024
Advice Date: 05/17/2024
Advice Number: 0000003346
Batch Number:

Page 001 of 001

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 0.00 | 21.00 |
| Credit Incen | | | 0.00 | 24.00 |
| PM Comm | | | 53.10 | 841.75 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | | | 0.00 | 276.92 |
| Regular Sala | 17.3100 | 40.00 | 692.31 | 12876.97 |
| **Gross Pay** | | | **745.41** | **14732.95** |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| FIT | 63.73 | 1254.27 |
| Medicare Employee | 10.24 | 202.21 |
| Social Security Employee | 43.77 | 864.62 |
| PASIT | 21.68 | 428.12 |
| PASUI Employee | 0.52 | 10.31 |
| City(PAErieSummit Township) | 3.53 | 69.72 |
| Head Tax(PAErieMillcreek Townsh | 1.00 | 20.00 |
| School Withheld- PA Fort Leboeu | 3.53 | 69.72 |
| **Total Taxes** | **148.00** | **2918.97** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *Deferred Comp Pct | 22.36 | 442.00 |
| *Dental EE | 1.15 | 23.00 |
| *Medical EE | 37.25 | 745.00 |
| *Vision EE | 0.97 | 19.40 |
| Kloan1 | 50.03 | 1000.60 |
| **Total Deductions** | **111.76** | **2230.00** |

| **Net Pay** | **485.65** | **9583.98** |
|---|---|---|

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Company-Paid Deds** | | |
| ADD ER | 0.18 | 3.84 |
| Deferred Comp Emp | 5.59 | 110.52 |
| Dental ER | 3.31 | 66.20 |
| Life Ins ER | 2.12 | 42.40 |
| Medical ER | 138.29 | 2765.80 |

**Direct Deposits**
| Savings | XXXXXXX5982 | 485.65 |
|---|---|---|

Your Federal taxable wages for this period are: $683.68

© 2002 AutomaticData Processing (PCSUVO)

---

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000003346
Advice Date: 05/17/2024



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Sandra L Cramer | | | $485.65 |

# Earnings Statement

For inquiries, please call 610-370-3711
Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Employee ID
Period Beg/End: 05/12/2024 - 05/18/2024
Advice Date: 05/24/2024
Advice Number: 0000003369
Batch Number:
Page 001 of 001

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 0.00 | 21.00 |
| Credit Incen | | | 2.00 | 26.00 |
| PM Comm | | | 28.77 | 870.52 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | | | 0.00 | 276.92 |
| Regular Sala | 17.3100 | 40.00 | 692.31 | 13569.28 |
| **Gross Pay** | | | **723.08** | **15456.03** |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| FIT | 61.13 | 1315.40 |
| Medicare Employee | 9.91 | 212.12 |
| Social Security Employee | 42.39 | 907.01 |
| PASIT | 20.99 | 449.11 |
| PASUI Employee | 0.51 | 10.82 |
| City(PAErieSummit Township) | 3.42 | 73.14 |
| Head Tax(PAErieMillcreek Townsh | 1.00 | 21.00 |
| School Withheld- PA Fort Leboeu | 3.42 | 73.14 |
| **Total Taxes** | **142.77** | **3061.74** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *Deferred Comp Pct | 21.69 | 463.69 |
| *Dental EE | 1.15 | 24.15 |
| *Medical EE | 37.25 | 782.25 |
| *Vision EE | 0.97 | 20.37 |
| Kloan1 | 50.03 | 1050.63 |
| **Total Deductions** | **111.09** | **2341.09** |
| **Net Pay** | **469.22** | **10053.20** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Company-Paid Deds | | |
| ADD ER | 0.18 | 4.02 |
| Deferred Comp Emp | 5.42 | 115.94 |
| Dental ER | 3.31 | 69.51 |
| Life Ins ER | 2.12 | 44.52 |
| Medical ER | 138.29 | 2904.09 |

| Direct Deposits | | |
|---|---|---|
| Savings | XXXXXXX5982 | 469.22 |

Your Federal taxable wages for this period are: $662.02

© 2002 AutomaticData Processing (PCSUVO)

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000003369
Advice Date: 05/24/2024



Deposited to the account of
Sandra L Cramer

Account Number    Transit ABA    Amount
$469.22

# Earnings Statement

For inquiries, please call 610-370-3711
Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Employee ID
Period Beg/End: 05/19/2024 - 05/25/2024
Advice Date: 05/31/2024
Advice Number: 0000001234
Batch Number:

Page 001 of 001

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 0.00 | 21.00 |
| Credit Incen | | | 0.00 | 26.00 |
| PM Comm | | | 47.94 | 918.46 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | | | 0.00 | 276.92 |
| Regular Sala | 17.3100 | 40.00 | 692.31 | 14261.59 |
| **Gross Pay** | | | **740.25** | **16196.28** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 63.13 | 1378.53 |
| Medicare Employee | | 10.17 | 222.29 |
| Social Security Employee | | 43.46 | 950.47 |
| PASIT | | 21.52 | 470.63 |
| PASUI Employee | | 0.52 | 11.34 |
| City(PAErieSummit Township) | | 3.50 | 76.64 |
| Head Tax(PAErieMillcreek Townsh | | 1.00 | 22.00 |
| School Withheld- PA Fort Leboeu | | 3.50 | 76.64 |
| **Total Taxes** | | **146.80** | **3208.54** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *Deferred Comp Pct | 22.21 | 485.90 |
| *Dental EE | 1.15 | 25.30 |
| *Medical EE | 37.25 | 819.50 |
| *Vision EE | 0.97 | 21.34 |
| Kloan1 | 50.03 | 1100.66 |
| **Total Deductions** | **111.61** | **2452.70** |
| **Net Pay** | **481.84** | **10535.04** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Company-Paid Deds** | | |
| ADD ER | 0.18 | 4.20 |
| Deferred Comp Emp | 5.55 | 121.49 |
| Dental ER | 3.31 | 72.82 |
| Life Ins ER | 2.12 | 46.64 |
| Medical ER | 138.29 | 3042.38 |

| Direct Deposits | | |
|---|---|---|
| Savings | XXXXXXX5982 | 481.84 |

Your Federal taxable wages for this period are: $678.67

© 2002 AutomaticData Processing (PCSUVO)

---

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000001234
Advice Date: 05/31/2024

**THIS IS NOT A CHECK**

Deposited to the account of
Sandra L Cramer

| Account Number | Transit ABA | Amount |
|---|---|---|
| | | $481.84 |

# Earnings Statement

For inquiries, please call 610-370-3711
Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Employee ID
Period Beg/End: 05/26/2024 - 06/01/2024
Advice Date: 06/07/2024
Advice Number: 0000002141
Batch Number:

Page 001 of 001

Sandra L Cramer
145 Marchmont Drive
Erie, PA 16509

Total Hours Worked: 40.00
Basis of Pay: Salary

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Commission P | | | 0.00 | 21.00 |
| Credit Incen | | | 0.00 | 26.00 |
| PM Comm | | | 22.66 | 941.12 |
| Paid Day Off | | | 0.00 | 692.31 |
| Personal | | | 0.00 | 276.92 |
| Regular Sala | 17.3100 | 40.00 | 692.31 | 14953.90 |
| Gross Pay | | | 714.97 | 16911.25 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| FIT | 60.19 | 1438.72 |
| Medicare Employee | 9.79 | 232.08 |
| Social Security Employee | 41.89 | 992.36 |
| PASIT | 20.74 | 491.37 |
| PASUI Employee | 0.50 | 11.84 |
| City(PAErieSummit Township) | 3.38 | 80.02 |
| Head Tax(PAErieMillcreek Townsh | 1.00 | 23.00 |
| School Withheld- PA Fort Leboeu | 3.38 | 80.02 |
| Total Taxes | 140.87 | 3349.41 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *Deferred Comp Pct | 21.45 | 507.35 |
| *Dental EE | 1.15 | 26.45 |
| *Medical EE | 37.25 | 856.75 |
| *Vision EE | 0.97 | 22.31 |
| Kloan1 | 50.03 | 1150.69 |
| Total Deductions | 110.85 | 2563.55 |

| Net Pay | 463.25 | 10998.29 |
|---|---|---|

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Company-Paid Deds | | |
| ADD ER | 0.18 | 4.38 |
| Deferred Comp Emp | 5.36 | 126.85 |
| Dental ER | 3.31 | 76.13 |
| Life Ins ER | 2.12 | 48.76 |
| Medical ER | 138.29 | 3180.67 |
| Direct Deposits | | |
| Savings | XXXXXXX5982 | 463.25 |

Your Federal taxable wages for this period are: $654.15

© 2002 AutomaticData Processing (PC5UVD)

Boscov's Department Store, LLC
4500 Perkiomen Ave
Reading, PA 19606

Advice Number: 0000002141
Advice Date: 06/07/2024

THIS IS NOT A CHECK

Deposited to the account of
Sandra L Cramer

| Account Number | Transit ABA | Amount |
|---|---|---|
| | | $463.25 |